| UNITED STATES BANKRUPTCY COURT<br>ALASKA | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**JTS, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**Johnson's Tire Service** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **20-4364874** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**3330 Denali Street**<br>**Anchorage, Alaska**<br>ZIP CODE **99503** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**ANCHORAGE** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other **See Attachment 1** | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check **one** box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>☒ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**  THIS SPACE IS FOR COURT USE ONLY

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ☐ 1-49 | ☐ 50-99 | ☒ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): JTS, LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)     (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

**Name of Debtor(s): JTS, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **s/David H. Bundy**
Signature of Attorney for Debtor(s)
**David H. Bundy**
Printed Name of Attorney for Debtor(s)
**David H. Bundy, P.C.**
Firm Name
**310 K Street Suite 200**
**Anchorage, Alaska 99501**
Address
**(907) 248-8431**
Telephone Number
**June 15, 2015**
Date
**Bar No.: 7210043**
**Fax: (907) 248-8434**
**E-mail: dhb@alaska.net**

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/Kelly P. Gaede**
Signature of Authorized Individual
**Kelly P. Gaede**
Printed Name of Authorized Individual
**managing member**
Title of Authorized Individual
**June 15, 2015**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# Attachment

**Attachment 1**

    **retail tire sales and automobile maintenance and repair**

JTS, LLC
3330 Denali Street
Anchorage, AK 99503


David H. Bundy
310 K Street Suite 200
Anchorage, AK 99501


ABC Solutions
551 W Dimond Blvd.
Anchorage, AK 99513


Alaska Best Water & Coffee
301 E International Airport Rd
Anchorage, AK 99518


Alaska Communications Services
600 Telephone Ave
Anchorage, AK 99503


Alaska Computer & Typewriter
4240 Old Seward Highway
Anchorage, AK 99503


Alaska Department of Labor
P O Box 115509
Juneau, AK 99508


Alaska Industrial Hardware
2192 Viking Drive
Anchorage, AK 99501


Alaska National Insurance
7001 Jewel Lake Roade
Anchorage, AK 99502

Alaska Sales & Service
1300 Fifth Avenue
Anchorage, AK 99501


Alaska USA Insurance Brokers
P O Box 196530
Anchorage, AK 99519


Alaska Waste
6301 Rosewood St
Anchorage, AK 99518


Alcantel
6670 Arctic Spur
Anchorage, AK 99518


American Linen
715 W Fireweed Lane
Anchorage, AK 99503


Anchorage Water & Wastewater
3000 Arctic Blvd
Anchorage, AK 99503


ASA Tire Systems
25 Manchester St
Suite 1000
Merrimack, NH 03054


Auto Armor of Alaska
1107 E 70th Avenue
Anchorage, AK 99518


AutoZone
123 S Front Street
Memphis, TN 38002

```
BDO
3601 C Street Suite 600
Anchorage, AK 99503


BMW of Anchorage
730 5th Avenue
Anchorage, AK 99501


Bryon Collins
4231 Tahoe Drive
Anchorage, AK 99502


Carquest
4721 Hargrove Road
Raleigh, NC 27616


Cee-Jay Research & Sales
920 W 10th St
AZUSA, CA 91702-1936


City of Wasilla
290 E Herning Ave
Wasilla, AK 99654


Continental Tire the Americas, LLC
1830 MacMillan Park Drive
Fort Mill, SC 29707


Cooper Tire & Rubber Company
701 Lima Avenue
Findlay, OH 45840


Creekside Plaza Owners Assoc
1227 W 9th Avenue Suite 200
Anchorage, AK 99501
```

```
Dennis and Jane Gaede
33324 Middle Mesa Road
Wickenburg, AZ 85390



Emerald Alaska Inc.
921 Emerald Bay
Laguna Beach, CA 92651



Enstar
P O Box 190288
Anchorage, AK 99519



Evergreen Business Capital
13925 Interurban Ave. S Suite 100
Seattle, WA 98168



Factory Motor Parts Company
300 Calais Dr. #1
Anchorage, AK 99503



GCI
2550 Denali St Suite 1000
Anchorage, AK 99503



Greenleaf
P O Box 110407
Anchorage, AK 99511



H Watt & Scott Inc.
c/o David Freeman, Esq
701 West 8th Avenue Suite 700
Anchorage, AK 99501



Hewlett Packard Financial
200 Connell Drive Suite 5000
Berkeley Heights, NJ 07922
```

```
Homer Electric Assoc
3977 Lake Street
Homer, AK 99603


Inlet Petroleum Company
5301 Ballard Avenue NW
Seattle, WA 98107


Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
949 East 36th Avenue MS-A201
Anchorage, AK 99508


IPFS Corporation
201 North River Drive Suite 301
Spokane, WA 99201


JMJ Properties ER LLC
200 West 34th Avenue PMB 1172
Anchorage, AK 99503


JMJ Properties Soldotna Building LLC
200 West 34th Avenue PMB 1172
Anchorage, AK 99503


JMJ Properties Wasilla LLC
200 West 34th Avenue PMB 1172
Anchorage, AK 99503


Kelly Gaede
3300 Denali Street
Anchorage, AK 99503
```

```
Lynden Transport
18000 International Blvd Suite 800
Seattle, WA 98188


Matanuska Electric Assoc
11623 Aurora St
Eagle River, AK 99577


Maxxis International USA
545 Old Peachtree Road
Suwanee, GA 30024


Mitchell
25029 Network Place
Chicago, IL 60673


Mohawk Rubber Sales
P O Box 845965
Boston, MA 02284


Municipal Light & Power
1200 East 1st Avenue
Anchorage, AK 99501


NAPA-Alaskan Auto, Inc.
2999 Circle 75 Pkwy SE
Atlanta, GA 30339


Northrim Bank
3111 C Street
P O Box 241489
Anchorage, AK 99524-1489


Northrim Bank
3111 C Street
Anchorage, AK 99503
```

```
Northwest Auto Parts
5700 Camelot Drive
Anchorage, AK 99504



Northwest Handling Systems
8645 Dimond D Circle
Anchorage, AK 99515



O'Reilly
233 South Patterson Ave
Springfield, MO 65802



Pederson Family Limited
P O Box 871
Marysville, CA 95901



Pitney Bowes Purchase Power
P O Box 371874
Pittsburgh, PA 15250



Professional Benefits Services Inc.
2959 Lucerne SE Suite 205
Grand Rapids, MI 49546



Seven C/Chambers
c/o Jed Van Loan, PC
121 West Fireweed Lane Suite 260
Anchorage, AK 99503



Six Robblees Inc
11010 Tukwila Into Blvd
Tukwila, WA 98168



Soldotna Trustworthy Hardware
44648 Sterling Highway
Soldotna, AK 99669
```

Solid Waste Services
1111 E 56th Avenue
Anchorage, AK 99518


Solo, LLC
c/o Michelle Boutin, Esq.
911 West 8th Avenue Suite 200
Anchorage, AK 99501


Solo, LLC
2600 Denali Street Suite 711
Anchorage, AK 99503


Spenard Builders Supply
7595 Technology Way Suite 500
Denver, CO 80237


Tire Rack Wholesale
7101 Vorden Parkway
South Bend, IN 46628


Tireco, Inc.
500 West 190th St. Suite 600
Gardena, CA 90248


Ultra Wheel Company
586 North Gilbert Street
Fullerton, CA 92833


Walsh Sheppard
111 West 9th Avenue
Anchorage, AK 99501


WCP Solutions
P O Box 84145
Seattle, WA 98124

**UNITED STATES BANKRUPTCY COURT**
**Alaska**

In re: **JTS, LLC**

Debtors

Case No. _____

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: **June 15, 2015**                Signed: **s/Kelly P. Gaede**

Dated: _____                Signed: _____

Signed: **s/David H. Bundy**
**David H. Bundy**
**Attorney for Debtor(s)**
**Bar no.: 7210043**
**310 K Street Suite 200**
**Anchorage, Alaska 99501**
**Telephone No: (907) 248-8431**
**Fax No: (907) 248-8434**

**E-mail address: dhb@alaska.net**

# UNITED STATES BANKRUPTCY COURT
## ALASKA

In re  JTS, LLC,
       Debtor

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| H Watt & Scott Inc. c/o David Freeman, Esq 701 West 8th Avenue Suite 700 Anchorage, AK 99501 | | construction claim | | $400,000.00 |
| Cooper Tire & Rubber Company 701 Lima Avenue Findlay, OH 45840 | | inventory | | $200,970.00 |
| Tireco, Inc. 500 West 190th St. Suite 600 Gardena, CA 90248 | | Inventory | | $147,888.14 |
| Solo, LLC c/o Michelle Boutin, Esq. 911 West 8th Avenue Suite 200 Anchorage, AK 99501 | | lease and legal fees | | $145,000.00 |
| Maxxis International USA 545 Old Peachtree Road Suwanee, GA 30024 | | inventory | | $140,364.54 |

| | | | |
|---|---|---|---|
| Emerald Alaska Inc.<br>921 Emerald Bay<br>Laguna Beach, CA 92651 | | recycling | $114,565.57 |
| NAPA-Alaskan Auto, Inc.<br>2999 Circle 75 Pkwy SE<br>Atlanta , GA 30339 | | trade debt | $102,500.00 |
| Ultra Wheel Company<br>586 North Gilbert Street<br>Fullerton, CA 92833 | | inventory | $61,146.52 |
| Walsh Sheppard<br>111 West 9th Avenue<br>Anchorage, AK 99501 | | trade debt | $47,171.28 |
| IPFS Corporation<br>201 North River Drive Suite 301<br>Spokane, WA 99201 | | insurance financing | $25,000.00 |
| Factory Motor Parts Company<br>300 Calais Dr. #1<br>Anchorage, AK 99503 | | inventory | $22,163.52 |
| Carquest<br>4721 Hargrove Road<br>Raleigh, NC 27616 | | inventory | $20,000.00 |
| Inlet Petroleum Company<br>5301 Ballard Avenue NW<br>Seattle, WA 98107 | | trade debt | $18,061.12 |
| Seven C/Chambers<br>c/o Jed Van Loan, PC<br>121 West Fireweed Lane Suite 260<br>Anchorage, AK 99503 | | legal fees | $17,910.00 |
| Mohawk Rubber Sales<br>P O Box 845965<br>Boston, MA 02284 | | trade debt | $13,030.37 |

| | | |
|---|---|---|
| Enstar<br>P O Box 190288<br>Anchorage, AK 99519 | utility service | $12,245.50 |
| Lynden Transport<br>18000 International Blvd Suite 800<br>Seattle, WA 98188 | trade debt | $10,689.31 |
| Municipal Light & Power<br>1200 East 1st Avenue<br>Anchorage, AK 99501 | utility | $8,171.66 |
| GCI<br>2550 Denali St Suite 1000<br>Anchorage, AK 99503 | utility | $8,000.00 |
| Matanuska Electric Assoc<br>11623 Aurora St<br>Eagle River, AK 99577 | utility | $6,062.99 |

Date: June 15, 2015

s/Kelly P. Gaede
Debtor

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Kelly Gaede, the president of JTS, LLC named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date:    June 15, 2015                        s/Kelly P. Gaede
                                              Kelly Gaede, President

**UNITED STATES BANKRUPTCY COURT**
**ALASKA**

In Re:
    JTS, LLC,

                Debtor

Case No.

# LIST OF EQUITY SECURITY HOLDERS

    Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| Kelly Gaede<br>3300 Denali Street<br>Anchorage, AK 99503 | membership | 100% | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

    I, Kelly Gaede, manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date: June 15, 2015          Signature: s/Kelly P. Gaede
                                           Printed Name: Kelly Gaede
                                                           Title: manager

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

UNITED STATES BANKRUPTCY COURT
Alaska

In re:

JTS, LLC,

Debtor(s)

Case No. BKY

Chapter 11 Case

STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, Kelly P. Gaede, declare under penalty of perjury that I am the managing member of JTS, LLC, a Alaska corporation and that on May 27, 2015 the following resolution was duly adopted by the members of this corporation:

    "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that Kelly P. Gaede, managing member of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

    Be It Further Resolved, that Kelly P. Gaede, managing member of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

    Be It Further Resolved, that Kelly P. Gaede, managing member of this corporation, is authorized and directed to employ David H. Bundy, attorney and the law firm of David H. Bundy, P.C. to represent the corporation in such bankruptcy case."

| Executed on: June 15, 2015 | Signed: s/Kelly P. Gaede |
|---|---|
|  | Kelly P. Gaede 3300 Denali Street, Anchorage, AK   99503 (*Name and Address of Subscriber*) |

# United States Bankruptcy Court
## Alaska

In re **JTS, LLC**

Debtor.

Case No.

Chapter **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **JTS, LLC**_____ (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

OR,

__X__ There are no entities to report.

By: **s/David H. Bundy**_____

**David H. Bundy**
Signature of Attorney

Counsel for **JTS, LLC**
Bar no.: **7210043**
Address.: **310 K Street Suite 200**
            **Anchorage, Alaska 99501**

Telephone No.: **(907) 248-8431**
Fax No.: **(907) 248-8434**
E-mail address: **dhb@alaska.net**