GAIL BREHM GEIGER
ACTING U. S. TRUSTEE FOR REGION 18
THOMAS BUFORD
ASSISTANT UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
700 STEWART STREET, SUITE 5103
SEATTLE, WASHINGTON 98101-1271
TELEPHONE: (206) 553-2000
FAX: (206) 553-2566

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ALASAK

| In re | Case No. A 15-00167 GS |
|---|---|
| JTS, LLC, | Chapter #11 |
| Debtor. | |

APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE

Pursuant to 11 U.S.C. § 1102, the following creditors, having expressed their willingness to serve, are appointed to the Official Unsecured Creditors' Committee:

1. H. Watt & Scott Inc.
   Attn: Craig Watts, Secretary & Treasurer
   P.O. Box 112627
   Anchorage, AK 99511
   (907) 344-6628
   (907) 344-5360 (fax)

APPOINTMENT OF UNSECURED
CREDITORS' COMMITTEE – Page 1 of 2

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, Washington 98101
(206) 553-2000

2. Seven C Investments, Inc.
   Attn: Bruce A. Chambers, President
   2600 Denali St., Ste 711
   Anchorage, AK 99503
   (907) 565-5665
   (907) 565-5670 (fax)

3. SOLO, LLC
   Attn: Bruce A. Chambers, Managing Member
   2600 Denali St., Ste 711
   Anchorage, AK 99503
   (907) 565-5665
   (907) 565-5670 (fax)

DATED: July 21, 2015

Respectfully submitted,

GAIL BREHM GEIGER
Acting United States Trustee for Region 18

/s/ Thomas Buford
THOMAS BUFORD
Assistant United States Trustee
Seattle Office of the United States Trustee

APPOINTMENT OF UNSECURED
CREDITORS' COMMITTEE – Page 2 of 2

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, Washington 98101
(206) 553-2000